**John A. DUNCAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59841.**

Missouri Court of Appeals,
Western District.

Submitted Nov. 9, 2001.

Decided Jan. 29, 2002.

Ellen H. Flottman, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., HAROLD L. LOWENSTEIN, and JOSEPH M. ELLIS, JJ.

#### Order

PER CURIAM.

John A. Duncan appeals the denial of his Rule 24.035 post-conviction relief motion

after an evidentiary hearing on October 31, 2000. Having considered the contentions raised on appeal, we affirm by summary order for the reasons stated in the memorandum furnished the parties. A formal opinion would lack jurisprudential value. Judgment is affirmed. Rule 84.16(b).